Case 7:26-cr-00304-VB Document 36 Filed 09/04/26 Page 1 of 1

***Law Offices of***
***Daniel A. Hochheiser***
Attorney At Law
2 Overhill Road, Suite 400
Scarsdale, New York 10583
dah@hochheiser.com
(646) 863-4246

September 4, 2026

**Via ECF**
Hon. Vincent L. Briccetti
United States District Judge
United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**APPLICATION GRANTED**
**SO ORDERED:**
**Vincent L. Briccetti, U.S.D.J.**
**Dated: 9/4/26**
**White Plains, NY**

Re: *USA v. Opeyemi Olujobi* 26-cr-304 (VB)

Your Honor:

Olujobi requests modification of his bond conditions and Order Setting Conditions of Release. Olujobi requests modification of ECF 8 paragraphs 7(d)(directing Olujobi to surrender his passport) and 7(f) (limiting his travel to SDNY/EDNY). Olujobi requests modification of ¶¶7(d), 7(f) to permit him to have temporary possession of his passport to travel to and from the Middle District of Pennsylvania for the purpose of renewing his PA State Driver License which expired on August 2, 2026. To renew his license, Olujobi must present the DMV with his passport. If this application is granted, Olujobi would travel by car, on either, September 8, 2026, or September 12, 2026, driven by his friend Charles Suprien, from his residence in Poughkeepsie, NY to DMV, Penndot, 18 Collan Park, Honesdale, PA 18431. Olujobi would leave his Poughkeepsie residence at approximately 6 a.m. and would return to his residence by 4 p.m.. I have conferred with Pre-Trial Services and the Government. Pre-trial Services has no objection to this request with the understanding that counsel will notify Pre-Trial Services of the Court's decision, Olujobi will notify Pre-Trial Services before he leaves, and will also provide license renewal documents via email to Pre-Trial Services upon trip completion. The Government defers to Pre-trial Services. Please endorse this letter motion granting this application including permitting Pre-Trial Services to provide Olujobi with his passport for this trip to PA and directing Olujobi to promptly return his passport to Pre-Trial Services upon his return to New York.

Respectfully submitted,
Daniel A. Hochheiser

Cc: AUSA Reyhan Watson
AUSA Isabelle Lelogeais
Shannon Finneran, Pre-Trial Services Officer